UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>DAMUS ET AL.,<br><br>　　　　　　　　　Defendants. | **ORDER**<br><br>22 Cr. 514 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

　　　　The conditions of Defendant Kareem Shepherd's pretrial release are modified to include that his bond will be cosigned by Tenosha Lawrence. All other conditions remain in effect.

Dated:　New York, New York
　　　　　October 19, 2022

　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Paul G. Gardephe
　　　　　　　　　　　　　　　　　　　United States District Judge