UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>KAREEM SHEPHERD,<br><br>                    Defendant. | **ORDER**<br><br>22 Cr. 514 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        This Court will conduct a hearing concerning Defendant Kareem Shepherd's alleged violations of the terms of his pretrial release on **January 17, 2023 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       January 12, 2023

SO ORDERED.

_(signature)_
_____
Paul G. Gardephe
United States District Judge