UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

KAREEM SHEPHERD,

Defendant.

ORDER

22 Cr. 514-6 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

There will be a conference in this matter regarding the motions pending at Docket Numbers 118, 119, and 120 on **May 9, 2023, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        May 5, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge