UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

KAREEM SHEPHERD,

            Defendant.

**ORDER**

22 Cr. 514 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed in open court today, Jonathan Rosenberg PLLC's motion to withdraw as Defendant Shepherd's counsel is granted, and James Roth is appointed to represent the Defendant pursuant to the Criminal Justice Act.

        At today's conference, counsel disclosed that the Defendant paid Jonathan Rosenberg PLLC (the "Rosenberg Firm") a retainer of $10,000. Defendant asserts that the firm provided little in the way of services and requests the return of his retainer. Jonathan Rosenberg did not appear for today's conference, despite asking for permission to withdraw. Accordingly, in the event that Jonathan Rosenberg PLLC intends to dispute the Defendant's right to the return of the $10,000 retainer, Jonathan Rosenberg will appear on **May 16, 2023, at 11:00 a.m.** in Courtroom 110 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, to explain why the Rosenberg Firm should be permitted to keep the retainer. The Rosenberg Firm will file a letter on the docket by May 15, 2023, at 12:00 noon indicating whether it is seeking to retain any funds paid by Defendant Shepherd. In the event that the Rosenberg Firm agrees to return the retainer, it need not appear for the May 16, 2023 conference, but must return the retainer to Defendant or his family by May 19, 2023. The Government need not attend the 11:00 a.m. conference, in the event that that conference is necessary.

As was also discussed at today's conference, Defendant's <u>pro se</u> motion for additional discovery pursuant to Federal Rule of Criminal Procedure 57(b) (Dkt. No. 119) is denied. To the extent that Defendant objects to any prior exclusion of time under the Speedy Trial Act (<u>see</u> Dkt. No. 120), his objection is overruled.

Dated: New York, New York
May 9, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge