# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

May 9, 2023

**By ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  **Re:** *United States v. Kareem Sheppard*, 22Cr. 514-6  (PGG)

Dear Judge Gardephe:

  I was appointed today to represent Mr. Sheppard as CJA counsel on the above-referenced matter. I have a conflict with the previously scheduled next conference date on May 9, 2023. I respectfully request that my partner William Stampur who is on the CJA panel stand in my stead.

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

*/s/ Paul G. Gardephe/*

**Paul G. Gardephe, U.S.D.J.**
Date:  May 16, 2023

Very truly yours,

s/

James Roth

cc. AUSA Ashley Carolyn Nichols