## STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

August 1, 2023

BY ECF

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York. NY 10007

> **MEMO ENDORSED:** There will be a conference in this matter on August 16, 2023 at 2:00 p.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Defendant Shepherd, his present counsel, and his former counsel, Jonathan Rosenberg, will attend. The Government need not attend.
>
> SO ORDERED.
>
> *[signature]*
>
> _____
> Paul G. Gardephe
> United States District Judge
>
> Date: August 11, 2023

Re: United States v. Kareem Shepherd (PGG)

Dear Judge Gardephe:

    I write on behalf of Mr. Shepherd to inform Your Honor that Mr. Shepherd and his former counsel Jonathan Rosenberg have not resolved their fee dispute. Mr. Shepherd seeks the guidance of Your Honor on how to the parties should proceed.

Very truly yours,

*[signature]*
James Roth

cc. Kareem Shepherd, Jonathan Rosenberg