# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

November 30, 2023

BY ECF & EX PARTE

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
One Foley Square
New York, NY 10007

Re: United States vs. Kareem Shepherd 1:22-cr-00514- PGG

Dear Judge Gardephe :

I write to request a substitution of counsel hearing in this matter. Unfortunately, Mr. Shepherd has stated that he has no trust in my ability to represent his interests and as a result there has been a break down in communications which prevents me from continuing to represent him.

Please have your court room deputy contact me to arrange a date convenient to Your Honor and myself so I may address any inquiry that you deem appropriate.

Very truly yours,

James Roth

**MEMO ENDORSED:** A substitution of counsel hearing will be held on **December 4, 2023, at 2:00 p.m.** Defense counsel and Mr. Shepherd must be present, but the Government need not appear.

SO ORDERED.

Paul G. Gardephe
United States District Judge
Dated: December 1, 2023