# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

January 8, 2024

BY ECF & EX PARTE

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
One Foley Square
New York, NY 10007

Re: United States vs. Kareem Shepard, 1:22-CR-00514-PGG

Dear Judge Gardephe:

I represent Mr. Shepard in the above captioned matter. I request that you authorize the probation department to release to me his prior Presentence Report in 11-CR-914 (JGK) to assist me in preparation for his impending sentencing in this matter.

Very truly yours,

s/James Roth

James Roth Esq.
Attorney for Kareem Shepard

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul S. Gardephe*

**Paul G. Gardephe, U.S.D.J.**

Dated: January 8, 2024