# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

February 14, 2024

**By ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:  United States v. Kareem Shepherd, 22 Cr. 514 (PGG)**

Dear Judge Gardephe:

I write to request that Your Honor endorse this letter to order pretrial services to release Mr. Shepherd's travel documents that were surrendered as a condition of his bail to me to safe keep the documents for him. Mr. Shepherd is currently serving 84 months imprisonment pursuant to the sentence that Your Honor imposed.

Very truly yours,

s/ James Roth

James Roth

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

*[signature]*

**Paul G. Gardephe, U.S.D.J.**

Dated: February 16, 2024